THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EUGENE WOODS, Defendant-Appellant.

(No. 57074; )

First District (4th Division)—January 31, 1973.

Opinion by Mr. PRESIDING JUSTICE BURMAN.

Gerald W. Getty, Public Defender, of Chicago, (Fred Shandling and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and Terence J. Mahoney, Assistant State's Attorneys, of counsel,) for the People.